FILED

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0554

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0554

THE ESTATE OF RICHARD MABEE,

     Plaintiff and Appellant,

  v.

WHEATLAND COUNTY,
WHEATLAND COUNTY SHERIFF'S
OFFICE,

     Defendants and Appellees.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

**Channing J.  Hartelius**, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, **Mr. Hartelius's** order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **THOMAS ANTHONY MARRA,** whose name appears next on the list of attorneys desiring appointment as mediators for **Money Judgment** appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 15th day of October, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Patrick F. Flaherty
      Daniel J. Flaherty
      Mitchell A. Young
      Channing J. Hartelius
      Thomas Anthony Marra